**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Richard Allen, Commissioner, ALDOC
Legal Division
P.O. Box 301501
Montgomery, AL 36130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Kay P. Hope_ ☑ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:07cv338
   proc order

Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7128 8803 A2F1 5

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540