

Return receipt card (rotated). Visible content:

- Complete items 1, 2, and 3. Also complete... Print your name and address on the reverse so that we can return the card to you. Attach this card to the back of the mailpiece, or on the front if space permits.
- Addressed to: S & C Materials & Paving Co., 629 County Road 5520, Troy, AL [redacted]
- A. Signature: X [signature]
- B. Received by (Printed Name): George Peer[es?]  ☐ Agent  ☐ Addressee
- C. Date of Delivery: 06/05/07
- D. Is delivery address different from item 1? ☐ Yes  ☐ No
- Handwritten: 07cv439 S&C
- Service Type: ☐ Certified Mail  ☐ Registered  ☐ Insured Mail  ☒ Express Mail  ☐ Return Receipt for Merchandise  ☐ C.O.D.
- 4. Restricted Delivery? (Extra Fee) ☐ Yes
- 2. Article Number: 7006 2760 0005 4873 1352
- PS Form 3811, Domestic Return Receipt, 102595-02-M-1540