IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

TRACY J. RICHARD, #185814,
    Plaintiff,

v.

Richard Allen, et al
    Defendants

Civil Act No: 2:07-CV-338-WHA

## MOTION FOR TIME EXTENSION

Comes now, the Plaintiff, Pro Se, in the above styled cause and, pursuant to F.R.CIV.P., humbly Request this Honorable Court to Grant A Twenty (20) Day Time Extension based upon the following:

A) On or near June 20th, the Defendant's Counsel submitted its Special Report and Answer;

B) On or near June 21st, this Court issued an Order instructing the Plaintiff to respond on or before July 11, 2007;

C) This Plaintiff is not knowledgable of the law and has had to seek the aid and assistance of other inmates in his effort to properly prepare and respond to the Special Report;

D) In order for this Plaintiff to obtain and provide this Court with the needed and necessary documents, supporting the facts, this Plaintiff Request a Time Extension.

WHEREFORE, due to the listed circumstances, this Petitioner prays that this Court will Grant a Time Extension of Twenty (20) Days.

Done this 8th Day of July 2007

Respectfully Submitted:   Tracy Richard  AIS 185814
                         Tracy J. Richard, Plaintiff, PRO SE

# CERTIFICATE OF SERVICE

I, hereby, certify that I have served a copy of the foregoing, by placing a copy of the same in the U.S. Mail, properly stamped and addressed to the following on this 8th Day of July 2007.

Attorney Tara S. Knee
Alabama Department of Corrections
Legal Division
P.O. Box 301501
Montgomery, AL 36130-1501


_Tracy Richard_ AIS 185814

Tracy Richard, # 185814
Bullock Correctional Facility
P.O. Box 5107
Union Springs, AL 36089

Tracy Richard, #185814
P.O. Box 5107
Union Springs, AL 36089

Legal Mail

36101+0711

MONTGOMERY AL 361
09 JUL 2007 PM 1 T

U.S. District Court
Office of the Clerk
P.O. Box 711
Montgomery, AL 36101-0711

USA FIRST-CLASS FOREVER