IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRACY J. RICHARD, #185814, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-338-WHA |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

Upon consideration of the motion for extension of time filed by the plaintiff on July 10, 2007 (Court Doc. No. 10), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the plaintiff is GRANTED an extension from July 11, 2007 to and including July 31, 2007 to file a response to the defendants' special report in compliance with the order entered on June 20, 2007 (Court Doc. No. 9).

Done this 10th day of July, 2007.

/s/ Charles S. Coody
CHARLES S. COODY .
CHIEF UNITED STATES MAGISTRATE JUDGE